UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re: Sandra Hambrick

Bankruptcy Case No: 04B 22236
Chapter: 13

Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

In accordance with Fed. R. Bankr P. 1006 and Item 8 of the Judicial Conference Schedule of Fees for Bankruptcy Courts, application is made for permission to pay the filing fee on the following terms:

$ __40.00__ with the filing of the petition, and the balance of
$ __154.00__ in __4__ installments no more than four of which are to be attributed in whole or in part to the filing fees follows:

$ __40.00__ on or before __June 30, 2004__
$ __40.00__ on or before __July 29, 2004__
$ __40.00__ on or before __August 27, 2004__
$ __34.00__ on or before __September 24, 2004__

I certify that I am unable to pay the filing fee or the administrative fee except in installments. I further certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee and the administrative fee are paid in full.

*(Check the box below when the following statement applies)*
[ ] I further certify that I am unable to complete the required payments within 120 days after the filing of my petition. Accordingly, application is made to extend the period for paying installments to 180 days after the filing of the petition.

Date: _____

X_Sandra G. Hambrick_____
Applicant
14528 S. Emerald
Address of Applicant
Riverdale, Illinois 60627

### Order

IT IS ORDERED that the debtor pay the filing fee and the administrative fee in installments on the terms set forth in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee and the administrative fee are paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property for services in connection with this case.

Date: __JUN 10 2004__

BY THE COURT
**KENNETH S. GARDNER**

3