```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 22236
   SANDRA J HAMBRICK
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-4027


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/10/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
MIDFIRST BANK              MORTGAGE ARRE    4952.29        796.92       4952.29
MIDFIRST BANK              CURRENT MORTG        .00           .00           .00
CITICORP MORTGAGE CO       MORTGAGE ARRE    1534.24           .00       1534.24
CITICORP MORTGAGE CO       CURRENT MORTG        .00           .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER  NOT FILED           .00           .00
SECRETARY OF HOUSING & U   UNSEC W/INTER    3551.60        498.56       3551.60
STEFANS STEFANS & STEFAN   REIMBURSEMENT     150.00           .00        150.00
MIDFIRST BANK              COST OF COLLE     250.00           .00        250.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY      2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                       858.75
DEBTOR REFUND              REFUND                                        732.64

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              15,525.00

PRIORITY                                      150.00
SECURED                                     6,736.53
    INTEREST                                  796.92
UNSECURED                                   3,551.60
    INTEREST                                  498.56
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          858.75
DEBTOR REFUND                                 732.64
                     ---------------      ---------------
TOTALS               15,525.00              15,525.00



            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 04 B 22236 SANDRA J HAMBRICK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |